■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SMITH, Appellant.—Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered June 28, 1990, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him to a term of 2⅓ to 7 years, unanimously affirmed.

Upon pleading guilty, defendant, a first time offender, was conditionally promised a sentence of probation as a youthful offender if he obtained a full time job, stayed out of trouble, and appeared for sentencing. The court informed the defendant that should he not fulfill these conditions he would be

incarcerated. Prior to sentencing the defendant was twice arrested for separate violent felonies: attempted murder in the second degree and robbery in the first degree. He later pleaded guilty to robbery in the first degree. The court imposed a sentence within the parameters of Penal Law § 70.00. In these circumstances, imposition of the maximum term was not an abuse of discretion *(People v Farrar,* 52 NY2d 302, 305). Concur—Murphy, P. J., Rosenberger, Kassal and Rubin, JJ.